

# THE ATTORNEY GENERAL

# OF TEXAS

AUSTIN 11, TEXAS

GERALD C. MANN
~~WILL WILSON~~
ATTORNEY GENERAL

Honorable B. N. Carter
County Attorney
Mitchell County
Colorado City, Texas

Dear Sir:

Opinion No. O-4905
Re: Under Article 3165 should county
judge or secretary of state certify
names of candidates to be placed
on official ballot for special
election ordered to fill the va-
cancy caused by the resignation
of State Senator John Lee Smith,
and related questions.

Your telegram requesting an opinion on the above matters has
been received and carefully considered by this department. We quote
said request as follows:

"Under Article Three One Six Five should County Judge or
Secretary of State certify names of candidates to be placed on
official ballot for special election ordered to fill vacancy
caused by resignation of State Senator John Lee Smith Stop
That is dead line on filing for place on ballot Stop Can
Special Election be held by General Election Board? Reply at
once."

It is our opinion that Article 3165 has no application to the
matters inquired about. So far as we have been able to find, there are
no statutes specifically governing special elections to fill vacancies
for offices such as this one, except Article 2946 to Article 2950, in-
clusive, and 2953a. The filling of such vacancy cannot be governed by
the general laws pertaining to primary elections, neither do the laws
governing general elections apply to said elections, but so far as is
possible the procedure outlined in these laws governing general elec-
tions should be applied to special elections.

It is the opinion of this department, therefore, that applica-
tions for the names of candidates to be placed on the ballot for said
special election should be filed with the County Judge of each county
and by him certified to the County Clerk of each county, or that such
applications may be filed direct with the County Clerk of each county;
and, if same are filed with the county Judge such filing should be
made a reasonable time before the ballot is to be printed and certified

by the County Judge to the County Clerk, and if the applications are filed direct with the County Clerk such filing should be a reasonable time before said ballots are to be printed.

Trusting this satisfactorily answers your inquiry, we are

Very truly yours

ATTORNEY GENERAL OF TEXAS

By  s/ Jas. W. Bassett
              Jas. W. Bassett
                  Assistant

JWB:mp:wc

APPROVED OCT. 14, 1942

s/Grover Sellers

FIRST ASSISTANT ATTORNEY GENERAL

APPROVED OPINION COMMITTEE BY BWB CHAIRMAN